466 A.2d 727

Commonwealth v. Durnell, Appellant.

Submitted June 21, 1983. Joseph D. Branca, Assistant Public Defender, for appellant; Dennis C. McAndrews, Assistant District Attorney, for Commonwealth, appellee.

Before BROSKY, JOHNSON and MONTGOMERY, JJ.

Judgment of sentence is affirmed.

466 A.2d 727

Commonwealth v. Fronina, Jr., Appellant.

Petition for Allowance of Appeal
Granted Feb. 3, 1984.

Submitted July 28, 1983. William F. Ochs, Jr., Public Defender, for appellant; George C. Yatron, District Attorney, for Commonwealth, appellee.

Before ROWLEY, BECK and MONTEMURO, JJ.

Judgment of sentence affirmed.